# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CR 09  0946  JSW

ANDREW SAMUEL HANSON,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 2252(a)(1) - Transportation of Child Pornography;
18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography;
18 U.S.C. § 2253 - Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this __24__ day of
__September__ 2009.



**Brenda Tolbert**
Clerk

**NO BAIL ARREST WARRANT**

Bail, $ _____

Maria Elena James

FILED
SEP 29 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**
1. 18 U.S.C. section 2252(a)(1) -- Transportation of Child Pornography
2. 18 U.S.C. Section 2252(a)(4)(B) -- Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 1. 20 years prison, 5 year minimum, $250,000 fine, at least five years up to life supervised release, $100 mandatory special assessment
2. 10 years prison, $250,000 fine, at least five years up to life supervised release, $100 mandatory special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
SEP 29 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.
▶ ANDREW SAMUEL HANSON

DISTRICT COURT NUMBER
CR 09 - 0946 JSW

**PROCEEDING**
Name of Complaintant Agency, or Person (& Title, if any)
ICE/DHS, Special Agent Analisa Nogales

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    OWEN P. MARTIKAN

**DEFENDANT**
**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ _____  Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney





UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



| UNITED STATES OF AMERICA, | ) CR 09 0946 |
|---|---|
| Plaintiff, | ) VIOLATIONS: |
| v. | ) 18 U.S.C. § 2252(a)(1) – Transportation of Child Pornography; 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; 18 U.S.C. § 2253 Forfeiture |
| ANDREW SAMUEL HANSON, | |
| Defendant. | ) SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:      18 U.S.C. § 2252(a)(1) – Transportation of Child Pornography

On or about January 27, 2009, in the Northern District of California, the defendant,

ANDREW SAMUEL HANSON,

did knowingly transport and ship in foreign commerce a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct; in violation of Title 18, United States Code, Section 2252(a)(1).

INDICTMENT

| | |
|---|---|
| 1 | COUNT TWO: 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography |
| 2 | On or about January 27, 2009, in the Northern District of California, the defendant, |
| 3 | ANDREW SAMUEL HANSON, |

did knowingly possess at least one matter, namely a Hewlett Packard Pavilion laptop computer bearing serial number CNF75237NC, which contained visual depictions that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATIONS: 18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture

Upon conviction of the offense alleged herein, the defendant,

ANDREW SAMUEL HANSON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252, and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses of conviction, including the Hewlett Packard Pavillion laptop computer bearing serial number CNF75237NC that was obtained from defendant on January 27, 2009.

DATED: A TRUE BILL

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: )
AUSA MAR PIKAN

INDICTMENT 2