| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE 12/07/09 | CASE NUMBER CR09-0946JSW |
|---|---|---|---|

| NAME OF DEFENDANT | ADDRESS OF DEFENDANT | TELEPHONE NUMBER |
|---|---|---|
| Andrew Samuel Hanson | 122 8th Ave N. Hopkins, MN 55343 | 952 930 0422 |

| NAME OF SURETY | RELATIONSHIP TO DEFENDANT | ADDRESS OF SURETY | TELEPHONE NUMBER |
|---|---|---|---|
| Samuel Hanson & Cynthia | Father / Mother | 122 8th Ave. N Hopkins MN 55343 | 952 930 0422 |

| NAME OF CUSTODIAN | RELATIONSHIP TO DEFENDANT | ADDRESS OF CUSTODIAN | TELEPHONE NUMBER |
|---|---|---|---|
| Samuel Hanson & Cynthia Hanson | Father/Mother | same as above | Same as above |

| AMOUNT OF BOND | ☐ UNSECURED | ☒ SECURED BY $ real property | ☐ DEPOSIT RECEIVED RECEIVED FROM: | OTHER SECURITY POSTED TO BE POSTED BY: 12/11/9 | TIME/DATE OF NEXT APPEARANCE 2:30PM 12/17/09 | COURTROOM/JUDGE 11, 19th FL |
|---|---|---|---|---|---|---|
| $250,000 | | | | | | |

**CONDITIONS OF RELEASE AND APPEARANCE**

9:30 AM 12/11/9 Judge White
Judge Spero - Bond Posting

Defendant is subject to each condition checked:
- ☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
- ☒ Defendant shall not commit any federal, state, or local crime.
- ☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
- ☒ Defendant shall not travel outside the Northern District of California, that is, these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse side. Travel must be w/ custodian. Dist of MN except for travel to NDCA for PTS visits, Court appearances
- ☒ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in SF & Mpy visits. See addresses and telephone numbers on reverse side.
- ☒ Defendant shall surrender all passports and visas to the Court by forthwith. and shall not apply for any passports or other travel documents.
- ☒ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
- ☒ Defendant shall remain in the custody of custodian Samuel & Cynthia Hanson 122 8th Ave N., Hopkins, MN, who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.
- ☒ Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.
- ☐ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
- ☒ Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment.
- ☐ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.
- ☐ Defendant shall have no contact with any co-defendant out of the presence of counsel.
- ☒ Defendant shall not change residence without prior approval of Pretrial Services.
- ☒ Defendant shall comply with the following curfew: to be set by Pretrial.
- ☒ Defendant shall be subject to electronic or voice-track monitoring. Defendant may leave home for the purpose of ① Placed on Portable GPS while in NDCA & to Dist. of MN. In Dist of MN resume reg EM. upon return to MN, placed on EM & to advise PTS of travel.
- ☐ Defendant must ☐ reside in Halfway House _____ ☐ participate in Residential Treatment _____
- ☒ The following conditions also apply:

① No internet access at residence. To be enforced by the custodians
② May use business internet for email communications to & from Fiancee & work purposes & to & from counsel.
③ No access to children unless accompanied by an adult.
④ Psych eval. w/in 2 days file name of provider & CV. File psych rept. in camera to the Court before 12/17/09.

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

**CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE**

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

FILED
DEC 7 2009
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| SIGNATURE OF DEFENDANT | SIGNATURE(S) OF SURETY(ies) |
|---|---|
| [signature] | X [signature] |

| SIGNATURE OF CUSTODIAN (surety) | SIGNATURE OF MAGISTRATE JUDGE JOSEPH C. SPERO UNITED STATES MAGISTRATE JUDGE | DATE 12/7/09 |
|---|---|---|
| [signature] | | |

THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY. ▶

1. CLERK OF COURT - WHITE COPY