(SPACE BELOW FOR FILING STAMP ONLY)

| | |
|---|---|
| 1 | EDGAR EUGENE PAGE (231147) |
| 2 | KATHLEEN C. PAGE (233040) <br> PAGE & PAGE ATTORNEYS AT LAW |
| 3 | Post Office Box 2837 <br> San Francisco, California 94126-2837 |
| 4 | Phone (415) 986-4558 <br> Fax (415) 986-4566 |
| 5 | |
| 6 | Attorneys for ANDREW S. HANSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

* * * * * * * *

| UNITED STATES OF AMERICA, | Case No.: 3:09-cr-0946-JSW |
|---|---|
| Plaintiffs, | |
| v. | REPLY TO GOVERNMENT OPPOSITION TO DEFENDANT'S MOTION FOR PERMISSION TO ATTEND FAMILY EVENT |
| ANDREW S. HANSON, | |
| Defendants | |

TO: THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT, AND THE PLAINTIFFS, BY AND THROUGH THEIR COUNSEL, OWEN MARTIKAN, ASSISTANT UNITED STATE ATTORNEY.

Andrew Samuel Hanson, defendant, by and through his attorney, Edgar Eugene Page, of Page & Page Attorneys at Law, submits a reply to the government's opposition to his request for permission to attend a family event this weekend.

The event is in a large room at the St. Cloud Hampton Inn about sixty miles from the family home. The family are together the majority of the time. Mr. Hanson's father has assured counsel and he wants me to assure the court that he will monitor his son during the entire event.

Pretrial Services is opposed to allowing Mr. Hanson to travel to the event without the judge's permission.

The government is correct. This is a short notice.

1    The government has posed several questions that need to be addressed in order for the
2    court to make a decision.

3    1.   Where is the location of the family event? In St. Cloud, Minnesota. It is about 60
4         miles north of the Hanson's family home. The hotel they will stay at is the
5         Hampton Inn in St. Cloud.
6    2.   Who are the family members who will be present? Two of Mr. Hanson's
7         mother's sisters and their husbands; three of Mr. Hanson's cousins and their
8         families and their children, and Mr. Hanson's brother and sister and their children.
9    3.   Will children will be there? Yes.
10   4.   Where will Mr. Hanson sleep? Mr. Hanson's father has arranged for a room with
11        two queen beds
12   5.   Will there be access to internet-connected computers? No computers that Mr.
13        Hanson is aware of but the hotel may have WiFi.
14   6.   How will Mr. Hanson be subject to electronic monitoring or any kind of pre-trial
15        supervision, or how his parents will be able to supervise him during the entire
16        two-day event? This is a more difficult question since the GPS unit was just
17        exchanged today for the RF unit. Therefore, there will be no electronic
18        monitoring. Mr. Hanson met with the Minnesota pretrial services today and they
19        installed the RF unit at the house. He asked them if he could take Mr. Hanson to
20        the family event and they said we needed the judge to give permission. Mr.
21        Hanson's father gave pretrial the times they would be gone.

22        Counsel has been in communication with Mr. Hanson's father. He has
23        reiterated to counsel that he has agreed to supervise his son to be certain he
24        follows all of his restrictions. Mr. Hanson's father has and will continue to take
25        this court ordered responsibility seriously. He would do this during this two-day
26        event. The entire time the family will be together as a group, adults and kids.
27        They have a large event room at the hotel where they will eat, play games,
28        socialize. They do not leave the hotel other than somebody picking up the pizza,

1     who would not be Andrew Hanson

## CONCLUSION

Neither counsel nor Mr. Hanson is seeking a modification of the bail conditions at this time. We have a hearing scheduled for that purpose on December 17, 2009. However, due to the other issues that needed to be addressed at the initial appearance, this event was overlooked.

Andrew Hanson wants to address these allegations, and he is well aware that if he were to flee that his parents would suffer a significant financial loss. In addition, he would lose his liberty completely and be detained in custody until there was a final outcome.

Mr. Hanson's father is a responsible adult who has agreed in open court to supervise his son and to make sure that he returns for his scheduled court appearances.

Dated:     December 11, 2009     Respectfully submitted,

Page & Page Attorneys at Law

/s/   Edgar Eugene Page

Attorney for Andrew Hanson