JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW SAMUEL HANSON, ) <br> ) <br> Defendant. ) <br> _____ ) | CR 09-0946 JSW(JCS) <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER EXCLUDING TIME** |

     On December 7, 2009, the parties in this case appeared before the Court for arraignment and ID of counsel. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from December 7, 2009, through December 17, 2009, for effective preparation of defense counsel. The parties represented that granting the continuance would allow the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best

//

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 09-0946 JSW(JCS)

interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

                                    /s/

DATED: December 17, 2009

                                  OWEN P. MARTIKAN
                                  Assistant United States Attorney


                                    /s/

DATED: December 17, 2009

                                  EDGAR EUGENE PAGE
                                  Attorney for Andrew Hanson


## [~~PROPOSED~~] ORDER

      As the Court found on December 7, 2009, and for the reasons stated above, an exclusion of time from December 7, 2009, through December 17, 2009, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 12/21/09                          _____
                                          HON. Judge Joseph C. Spero
                                          United States Magistrate Judge

STIP. & [~~PROPOSED~~] ORDER EXCLUDING TIME
CASE NO. CR 09-0946 JSW(JCS)