JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758
    Facsimile: (415) 436-6753
    E-Mail: owen.martikan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No: CR09-0946-JSW (JCS) |
| v. | THE UNITED STATES' OPPOSITION TO DEFENDANT'S SECOND MOTION FOR PERMISSION TO ATTEND FAMILY EVENT |
| ANDREW SAMUEL HANSON, | |
| Defendant. | |

    The United States opposes defendant Andrew Hanson's second *ex parte* motion to attend a holiday event outside of his home because he will be off electronic monitoring, out of his home, and in the presence of children during the event.

    While the United States is mindful that it is the holiday season, the United States is concerned that Hansen has been trying to renegotiate the terms of his release order almost continually since it was entered by the Court just two weeks ago. Given defendant's proffer before the Court last Thursday about the various changes he would like to make to his release order, it is likely that one modification to the release conditions at this early stage of the case will

USA OPP TO 2ND MOT RE: FAMILY EVENT
CASE NO. CR 09-0946 JSW (JCS)

1  only bring more requests.  Hanson should show that he can abide by the current release
2  conditions and establish a track record of doing so with Pre-Trial Services before asking for these
3  modifications.

5  DATED: December 21, 2009           Respectfully submitted,

6                                     JOSEPH RUSSONIELLO
                                      United States Attorney

9              _____/S/_____
               OWEN P. MARTIKAN
               Assistant United States Attorney

USA OPP TO 2ND MOT RE: FAMILY EVENT
CASE NO. CR 09-0946 JSW (JCS)           2