(SPACE BELOW FOR FILING STAMP ONLY)

EDGAR EUGENE PAGE (231147)
KATHLEEN C. PAGE (233040)
PAGE & PAGE ATTORNEYS AT LAW
Post Office Box 2837
San Francisco, California 94126-2837
Phone (415) 986-4558
Fax (415) 986-4566

Attorneys Andrew S. Hanson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>　　v.<br><br>ANDREW SAMUEL HANSON,<br><br>　　Defendant | No: CR09-0946-JSW (JCS)<br><br>REPLY TO THE UNITED STATES' OPPOSITION TO ANDREW HANSON'S MOTION FOR PERMISSION TO ATTEND A FAMILY EVENT ON DECEMBER 24, 2009. |

TO:   THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT, AND THE PLAINTIFFS, BY AND THROUGH THEIR COUNSEL, OWEN P. MARTIKAN, ASSISTANT UNITED STATE ATTORNEY.

Andrew Samuel Hanson, defendant, by and through his attorney, Edgar Eugene Page, of Page & Page Attorneys at Law, hereby submits his reply to the government's opposition to Mr. Hanson's *ex parte* request for permission to visit his grandparents and other family members on the evening of December 24, 2009.

This is only an ad hoc request to allow Mr. Hanson an opportunity to attend a family function on December 24, 2009.

All of his custodians, his mother, father and brother, who have agreed to monitor him will be present at this family event.

This request is not an attempt to seek any permanent modification of the release terms

1  and it is <u>not</u> an attempt to "renegotiate the terms of his release." Opposition, p. 2

2      This court made it clear that any permanent modification of the release terms requires

3  time for the court to be comfortable that Mr. Hanson can abide by the current release conditions

4  and establish a track record of doing so with Pretrial Services.

5      It would be extremely inappropriate to return to this court so soon after the court clearly

6  articulated its position regarding permanent modifications to the terms of release.  Mr. Hanson is

7  still trying to determine if an appeal would be appropriate regarding those issues.

8      This is the Christmas season and this is a special family event.  We are <u>only</u> seeking

9  permission for Mr. Hanson to attend this event.

10      His grandparents are in their late 80's and this is one of the reasons we are approaching

11  the court to obtain permission for Mr. Hanson to attend this event at their home.  His

12  grandparents will benefit by having him at this family get together on Christmas Eve.

13      We pray the court will grant this limited request.

14  DATED: December 21, 2009        Respectfully submitted,

15                                            Page & Page Attorneys at Law

16                                            /s *Edgar Eugene Page*
                                          EDGAR EUGENE PAGE

17                                            Attorneys for Andrew S. Hanson

18

19

20

21

22

23

24

25

26

27

28