1 | EDGAR EUGENE PAGE (231147)
2 | KATHLEEN C. PAGE (233040)
    PAGE & PAGE ATTORNEYS AT LAW
3 | Post Office Box 2837
    San Francisco, California 94126-2837
4 | Phone (415) 986-4558
    Fax (415) 986-4566

5 | **UNITED STATES DISTRICT COURT**

6 | **NORTHERN DISTRICT OF CALIFORNIA**

7 | **SAN FRANCISCO**

8 | * * * * * * * *

9 | UNITED STATES OF AMERICA,    Case No.: 3:09-cr-0946-JSW

10 | Plaintiffs,    ~~PROPOSED~~ ORDER

11 | v.

12 | ANDREW S. HANSON,

13 | Defendants

---

**GOOD CAUSE** having been found, Andrew S. Hanson is allowed to attend his family gathering on Christmas Eve, December 24, 2009, from 4:00 p.m. to 11:00 p.m. which will be held at the grandparents' house. Dft shall provide the address & telephone number to Pretrial Services. PTS may impose other conditions.

**IT IS FURTHER ORDERED THAT** Andrew S. Hanson shall be personally supervised by either Samuel Hanson, Cynthia Hanson and/or Matthew Hanson during the event and Samuel Hanson shall promptly contact law enforcement should Andrew S. Hanson's whereabouts be unknown during this family gathering. Defendant may not be in the same room with a minor unless another adult is present.

Dated:   __12/22/09_____     _____
U.S. District Court Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*