| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | OWEN P. MARTIKAN (CABN 177104)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6758 |
| 7 | Facsimile: (415) 436-6753<br>E-Mail: owen.martikan@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No: CR09-0946-JSW |
| | ) | |
| v. | ) | THE UNITED STATES' *EX PARTE* MOTION |
| | ) | TO ALLOW LATE FILING AND |
| | ) | [~~PROPOSED~~] ORDER |
| ANDREW SAMUEL HANSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

While the United States was preparing its opposition to defendant Hanson's motion to amend release conditions, the Court's clerk notified counsel that pursuant to the Court's order, the opposition should have been filed by 1:00pm today. The United States respectfully requests that the Court permit it to file its opposition brief, attached hereto as Exhibit 1, four hours late. The United States regrets that this motion is tardy. While the press of business is rarely a good excuse for late papers, undersigned counsel was assigned two matters yesterday, and is preparing three other matters for indictment next week, that caused undersigned counsel to overlook the Court's 1:00pm deadline. Counsel had calendared the opposition as due today, and until notified

USA EX PARTE MOTION FOR LATE FILING & ORDER
CASE NO. CR 09-0946 JSW

1  of its error by the Court's clerk, had intended to file by the close of business.  The United States
2  regrets any inconvenience that this filing has caused the Court and urges the Court to accept and
3  consider its papers.

5  DATED: January 8, 2010                    Respectfully submitted,

6                                            JOSEPH RUSSONIELLO
                                             United States Attorney

9              _____/S/_____
               OWEN P. MARTIKAN
               Assistant United States Attorney

12                              [PROPOSED] ORDER

13     The ~~For good cause shown, the~~ Court grants the United States' request to file its opposition to
14  defendant's motion regarding release conditions later than 1:00pm on Friday, January 8, 2010,
15  and ORDERS that they be filed by close of business on January 8, 2010.
16  SO ORDERED.  The Court concludes that a written reply from Defendant is not necessary, but
                 Defendant shall be permitted to respond orally at the hearing on January 14,
17               2010.

18  DATED: January 11, 2010                  _____
19                                           HON. JEFFREY S. WHITE
                                             United States District Judge

USA EX PARTE MOTION FOR LATE FILING & ORDER
CASE NO. CR 09-0946 JSW                    2