JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 09-0946 JSW |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME FROM** |
| v. ) | **DECEMBER 17, 2009 THROUGH** |
| ) | **JANUARY 14, 2010** |
| ANDREW SAMUEL HANSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    On December 17, 2009, the parties in this case appeared before the Court for a status conference and trial setting. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from December 17, 2009, through January 14, 2010, for effective preparation of defense counsel. The parties represented that granting the continuance would allow the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed //

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 09-0946 JSW

1 the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
2 3161(h)(7)(A).
3 SO STIPULATED:

4 JOSEPH P. RUSSONIELLO
United States Attorney
5
                                                /s/
6 DATED: January 14, 2010   _____
7 OWEN P. MARTIKAN
Assistant United States Attorney

8                                               /s/
9 DATED: January 14, 2010   _____
EDGAR EUGENE PAGE
10 Attorney for Andrew Hanson

11

12 **[PROPOSED] ORDER**

13     As the Court found on December 17, 2009, and for the reasons stated above, an exclusion
14 of time from December 17, 2009, through January 14, 2010, is warranted because the ends of
15 justice served by the continuance outweigh the best interests of the public and the defendant in a
16 speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance
17 would deny defense counsel the reasonable time necessary for effective preparation, taking into
18 account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C.
19 §3161(h)(7)(B)(iv).

20

21 SO ORDERED.

22

23
DATED: January 14, 2010   _____
24 HON. JEFFREY S. WHITE
25 United States District Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 09-0946 JSW