UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: January 14, 2010

Case No.  CR- 09-946  JSW            Judge:  Jeffrey S. White

United States of America   v.  Andrew Samuel Hanson
                      Defendant
                      Present (X) Not Present ( ) In-Custody ( )

| Owen Martikan | Edgar Page |
|---|---|
| U.S. Attorney | Defense Counsel |

**Deputy Clerk:** Jennifer Ottolini        Court Reporter: Kelly Bryce

## PROCEEDINGS

**REASON FOR HEARING:**  1. Trial Setting
                                      2. Appeal of Release Conditions

**RESULT OF HEARING:**  Defense counsel anticipates an evidentiary hearing will be needed for the motions.  Such an indication will be made in the moving papers and counsel shall further submit time estimates.

The Court DENIED the Motion re: Appeal of Release Conditions.  The conditions previously imposed by Magistrate Judge Spero shall remain in place and the defendant's bond shall remain as ordered.

Case Continued to 4-15-10 at 2:30 p.m. for Motion to Suppress

(Motion Due: 2-25-10, Opp Due: 3-18-10, Reply Due: 3-25-10)

time in court: 16 minutes

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**