(SPACE BELOW FOR FILING STAMP ONLY)

1  EDGAR EUGENE PAGE (231147)
   KATHLEEN C. PAGE (233040)
2  PAGE & PAGE ATTORNEYS AT LAW
   Post Office Box 2837
3  San Francisco, California 94126
   Phone (415) 986-4558
4

5  Attorneys for ANDREW SAMUEL HANSON



FILED
2010 JAN 21 P 2:44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

* * * * * * * *

| UNITED STATES OF AMERICA, | Case No.: CR-09-946 JSW |
|---|---|
| Plaintiffs and Appellee, | |
| vs. | NOTICE OF INTERLOCUTORY APPEAL OF DENIAL OF MOTION TO MODIFY BAIL |
| ANDREW SAMUEL HANSON, | |
| Defendant and Appellant. | |

TO: THE HONORABLE JEFFREY S. WHITE, UNITED STATES DISTRICT COURT JUDGE, AND THE UNITED STATES OF AMERICA, BY AND THROUGH THEIR REPRESENTATIVE, JOSEPH P. RUSSINIELLO, UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA, BY AND THROUGH HIS REPRESENTATIVE, OWEN MARTIKAN, ASSISTANT UNITED STATES ATTORNEY.

**NOTICE** is hereby given that ANDREW SAMUEL HANSON, defendant, by and through his attorneys, EDGAR EUGENE PAGE and KATHLEEN C. PAGE, of Page & Page Attorneys at Law, hereby appeal to the United States Court of Appeals for the Ninth Circuit from this court's order denying Mr. Hanson's motion to modify his bail conditions entered in this action on January 14, 2010, pursuant to the Federal Rules of Appellate Procedure rule 3(a)(1).

| | |
|---|---|
| 1 | This notice of appeal is timely filed pursuant to Federal Rules of Appellate |
| 2 | Procedure rule 4(b)(1)(A). |

Dated:          January 21, 2010          Respectfully submitted,

Page & Page Attorneys at Law

_____
Edgar Eugene Page

_____
Kathleen C. Page
Attorneys for Andrew Samuel Hanson