1  UNITED DEFENSE GROUP, LLP
   Eric Chase, CA SBN 148030
2  Summer McKeivier, CA SBN 230605
   4181 Sunswept Drive, Ste. 100
3  Studio City, CA 91604
   Telephone (818) 487-7400
4  Fax (818) 487-7414

5  Attorneys for Defendant
   ANDREW SAMUEL HANSON
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT COURT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,          :    CASE NO. 3:09-cr-000946-JSW
                                      :
        Plaintiff                     :
12                                    :    [PROPOSED] ORDER ON STIPULATED
                                           MOTION FOR EXTENSION OF TIME TO
13                                         FILE MOTION TO SUPPRESS
   v.                                 :
14                                    :    AS MODIFIED HEREIN
                                      :
                                      :    HON. JEFFREY S. WHITE
15 ANDREW SAMUEL HANSON,              :
                                      :
16      Defendant.                    :

17  **[PROPOSED] ORDER**

18       The Court finds that an extension of time for Defendant to file his Motion to Suppress

19  Evidence two weeks, to March 11, 2010, and for the Government to file any Opposition thereto

20  to April 1, 2010, and an exclusion of time for that period, is warranted because the ends of

21  justice served by the extension outweigh the best interests of the public and the defendant in a

22  speedy trial. See 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested extension would

23  deny defense counsel the reasonable time necessary for effective preparation, taking into account

24  the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C.

25  §3161(h)(7)(B)(iv).   Defendant's reply shall be due on April 8, 2010. The hearing is continued to April 22, 2010 at 2:30 p.m.

26  **SO ORDERED.**

27  DATED: February 26, 2010

                                                     _____
28                                                   HON. JEFFREY S. WHITE
                                                     United States District Judge

                                       - 1 -
               STIPULATED MOTION FOR EXTENSION OF TIME TO FILE
                   NOTICE OF MOTION AND MOTION TO SUPPRESS