FILED

MAR 16 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ANDREW SAMUEL HANSON, <br><br> Defendant - Appellant. | No. 10-10026 <br><br> D.C. No. 3:09-cr-00946-JSW-1 <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: SCHROEDER, PREGERSON and LEAVY, Circuit Judges.

This is an appeal from the district court's order denying appellant's motion for modification of the pre-trial release order. We have jurisdiction pursuant to 18 U.S.C. § 3145(c) and 28 U.S.C. § 1291.

We review the district court's factual findings in support of a release or detention order under a "deferential, clearly erroneous standard." *United States v. Townsend*, 897 F.2d 989, 994 (9th Cir. 1990). The conclusions based on such factual findings, however, present a mixed question of fact and law. *Id*. Thus, "the question of whether the district court's factual determinations justify the pretrial detention order is reviewed de novo." *United States v. Hir*, 517 F.3d 1081, 1086-87 (9th Cir. 2008) (citations omitted).

nmg/MOATT

The district court correctly found that the magistrate judge's order imposed an appropriate combination of conditions that would reasonably assure the defendant's appearance.  *See United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).  We therefore affirm the district court's pretrial detention order.

**AFFIRMED**.