**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 25 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 10-10026 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:09-cr-00946-JSW-1<br>Northern District of California,<br>San Francisco |
| v. | |
| ANDREW SAMUEL HANSON, | ORDER |
| Defendant - Appellant. | |

Before: SCHROEDER, PREGERSON and LEAVY, Circuit Judges.

The petition for rehearing and petition for hearing or rehearing en banc is construed as a motion for reconsideration and reconsideration en banc of the court's March 16, 2010 dispositive order. So construed, the motion for reconsideration is denied. *See* 9th Cir. R. 27-10. The motion for reconsideration en banc is denied on behalf of the court. *See* 9th Cir. Gen. Ord. 6.11.

No further filings shall be accepted in this closed case.

nmg/MOATT