JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 09-0946 JSW |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME FROM** |
| v. ) | **JUNE 2, 2010 THROUGH** |
| ) | **JUNE 17, 2010** |
| ANDREW SAMUEL HANSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      On June 2, 2010, the Court entered its decision on defendant Andrew Hanson's motion to suppress. In its order, the Court set a further status and trial setting conference date for this matter to be held on June 17, 2010, and invited the parties to submit a stipulation to exclude time under the Speedy Trial Act if appropriate for the intervening 15 days.

      Accordingly, the parties have stipulated and hereby submit to the Court that time should be excluded from the Speedy Trial Act calculations from June 2, 2010, through June 17, 2010, for effective preparation of counsel in formulating a strategy for pursuing this case in light of the Court's Order, and to review the evidence that has not been suppressed. The parties submit that

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 09-0946 JSW

granting the continuance would allow the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

          JOSEPH P. RUSSONIELLO
          United States Attorney

DATED: June 8, 2010          _____/s/_____
          OWEN P. MARTIKAN
          Assistant United States Attorney

          UNITED DEFENSE GROUP LLP

DATED: June 8, 2010          _____/s/_____
          ERIC CHASE
          Attorney for Andrew Hanson

## [PROPOSED] ORDER

Per the parties' stipulation and for the reasons stated above, an exclusion of time from June 2, 2010, through June 17, 2010, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED:_____          _____
          HON. JEFFREY S. WHITE
          United States District Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 09-0946 JSW