UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 02 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ANDREW SAMUEL HANSON,

    Defendant - Appellant.

No. 10-10026

D.C. No. 3:09-cr-00946-JSW-1
U.S. District Court for Northern
California, San Francisco

**MANDATE**

The judgment of this Court, entered March 16, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk