1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | OWEN P. MARTIKAN (CABN 177944)
ROBERT DAVID REES (CABN 229441)

5 | Assistant United States Attorney

6 | 450 Golden Gate Avenue, 11th Floor, Box 36055
San Francisco, California 94102

7 | Telephone: (415) 436-7241
Facsimile: (415) 436-7234

8 | E-Mail: owen.martikan@usdoj.gov

9 | Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-0946 JSW |
|---|---|---|
| Plaintiff, | ) | **THE UNITED STATES' PROPOSED SIMPLIFIED STATEMENT OF THE CASE** |
| v. | ) | |
| ANDREW SAMUEL HANSON, | ) | |
| Defendant. | ) | Pretrial Conf. Date: August 30, 2010<br>Trial Date: September 20, 2010<br>Hon. Jeffrey S. White |

The United States proposes the following simplified statement of the case:

PROPOSED SIMPLE STATEMENT OF THE CASE
CR 09-0946 JSW

The United States charges that the defendant, Andrew Samuel Hanson, knowingly transported images of child pornography that were on his laptop computer into the United States when he arrived at San Francisco International Airport on January 27, 2009.  The United States also charges that Hanson knew he possessed images of child pornography on January 27, 2009. Hanson disputes these charges.

DATED:  August 16, 2010               Respectfully submitted,

                                      MELINDA HAAG
                                      United States Attorney


                                      _____/s_____
                                      OWEN P. MARTIKAN
                                      ROBERT DAVID REES
                                      Assistant United States Attorneys

PROPOSED SIMPLE STATEMENT OF THE CASE
CR 09-0946 JSW                        2